IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLEMITAY ANTWAN HELMS, #259202, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:16-CV-804-WKW ) [WO] |
| WARDEN STRICKLAND, OFFICER FERDINARD, OFFICER PALMER, OFFICER PHILLIPS, and SGT. HAYNES, | ) ) ) ) ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 5.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff Clemitay Antwan Helms's failure to properly prosecute this action.

A final judgment will be entered separately.

DONE this 15th day of December, 2016.

                                            /s/ W. Keith Watkins
                                  CHIEF UNITED STATES DISTRICT JUDGE